UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>JORGE CENTENO-CHAMERRY,<br>    Defendant. | Case No.  14-cr-00112-WHO-1<br><br>**ORDER VACATING JUDGMENT AND DISMISSING INDICTMENT**<br><br>Dkt. Nos. 7, 36 and 51 |

"Death pending appeal of a criminal conviction abates not only the appeal but all proceedings in the prosecution from its inception." *United States v. Oberlin*, 718 F.2d 894, 896 (9th Cir. 1983).  Jorge Centeno-Chamerry died while this case was on appeal, and the Ninth Circuit has remanded the case to have the judgment vacated and the indictment dismissed.  Dkt. No. 51.  The judgment entered in this matter on November 18, 2014, Dkt. No. 36, is VACATED and the indictment filed on March 4, 2014, Dkt. No. 7, is DISMISSED.

In light of this, it would seem that if Centeno-Chamerry paid any amount of the special assessment ordered as part of the judgment, it should be refunded to his estate (presumably through his common-law widow, Miriam Garcia Pinal).  *See United States v. Tinkham*, 979 F.2d 857 (9th Cir. 1992)(unpublished).   I DIRECT that the United States file a Statement within 14 days advising the Court whether it agrees that the special assessment should be refunded and whether there are any other matters that should be attended to before closing this case.

**IT IS SO ORDERED**.

Dated: June 23, 2016



WILLIAM H. ORRICK
United States District Judge